BOWMAN & BROOKE LLP
Dan J. Bauch (SBN 143320)
dan.bauch@bowmanandbrooke.com
Marion Mauch (SBN 253672)
Marion.Mauch@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Telephone (310) 768-3068
Facsimile (310) 719-1019

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
Clem C. Trischler (*pro hac* admission to be sought)
cct@pietragallo.com
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone (412) 263-1816
Facsimile (412) 263-2001

Attorneys for Defendant
SUN PHARMACEUTICAL INDUSTRIES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERIC MORRIS, an individual,

Plaintiff,

v.

SUN PHARMA GLOBAL INC., a corporation; SUN PHARMACEUTICAL INDUSTRIES, INC., a corporation; SUN PHARMACEUTICAL INDUSTRIES LTD., a corporation; SUN PHARMACEUTICAL HOLDINGS USA, INC., a corporation; CVS PHARMACY, INC., a corporation; CVS HEALTH CORPORATION, a corporation; and DOES 1 through 10, inclusive,

Defendants.

CASE NO.: 2:20-cv-10441

**SUN PHARMACEUTICAL INDUSTRIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Complaint filed: Aug. 31, 2020
Removed: Nov. 13, 2020
Trial Date: Not assigned

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sun Pharmaceutical Industries, Inc. ("SPII") states that it is a majority-owned subsidiary of Sun Pharmaceutical Holdings USA, Inc. and a minority-owned subsidiary of Sun

Pharmaceutical Industries Ltd. (“SPIL”). SPIL has issued securities to the public. No publicly held corporation directly owns 10% or more of the stock of SPII or SPIL.

Respectfully submitted,

Dated: November 13, 2020 BOWMAN & BROOKE LLP

By: */s/ Dan J. Bauch*

Dan J. Bauch
Attorneys for Defendant SUN PHARMACEUTICAL INDUSTRIES, INC.

# PROOF OF SERVICE

F.R.C.P Rule 5(b)(2)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 970 West 190th Street, Suite 700, Torrance, California 90502.

On **November 13, 2020** I served the foregoing document described as **SUN PHARMACEUTICAL INDUSTRIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** on all interested parties in this action as follows

**SEE ATTACHED SERVICE LIST**

☑ **BY MAIL (F.R.C.P. Rule 5(b)(2)):** I served the documents by placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's business practice for collecting and processing documents for mailing. On the same day the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage date is more than 1 day after the date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY (F.R.C.P. Rule 5(b)(2)):** I sealed such documents in separate envelopes to each addressee and deposited each for collection by mailing via overnight mail/next day delivery in a box or other facility regularly maintained by the U.S. Postal Service or an Express Service carrier, or delivered to an authorized carrier or driver authorized by the U.S. Postal Service or an Express service carrier to receive documents, with delivery fees paid or provided.

☐ **BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on an agreement between the parties that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

Executed on **November 13, 2020**, at Torrance, California.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

[signature]

Carsi Beechler

**SERVICE/MAILING LIST**

**ERIC MORRIS v. SUN PHARMA GLOBAL INC., et al.**

Mark J. Skapik, Esq.
Geralyn L, Skapik, Esq.
Blair J. Berkley, Esq.
SKAPIK LAW GROUP
5861 Pine Avenue, Suite A-1
Chino Hills, California 91709

**Attorneys for Plaintiff**

Telephone; (909) 398-4404
Facsnnile: (909) 398-1883