JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ERIC MORRIS, | CV 20-10441 PA (JPRx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| SUN PHARMA GLOBAL, INC., et al., | |
| Defendants. | |

Pursuant to the Court's June 23, 2021 Minute Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 23, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE